■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BOLELLA, Appellant.—Judgment, Supreme Court, New York County, rendered on June 16, 1977, unanimously affirmed. The case is remitted to the

Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Lane and Silverman, JJ.

(Republished)